NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


IRA PARKER,                                              )
                                                        )
        Appellant,                              )
                                                        )
v.                                                      )       Case No. 2D18-3086
                                                        )
STATE OF FLORIDA,                                       )
                                                        )
        Appellee.                               )
                                                        )
_____)

Opinion filed May 24, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Pasco
County; Susan G. Barthle, Judge.

Ira Parker, pro se.


PER CURIAM.


        Affirmed.


CASANUEVA, VILLANTI, and SMITH, JJ., Concur.